UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JUSTIN J. EDMISTON,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>STATE OF NEVADA, et al.,<br><br>　　　　　　　　　　Defendants. | Case No.  3:20-CV-00559-RCJ-CLB<br><br>ORDER |

　　　　On October 13, 2022, *pro se* Plaintiff Justin J. Edmiston filed a notice of voluntary dismissal (ECF No. 34).

　　　　Under Federal Rule of Civil Procedure 41(a)(2) a Court may dismiss an action by court order "on terms that the court considers proper" Fed. R. Civ. P. 41(a)(2).  Given Plaintiff's *pro se* status and the posture of this case, the Court construes Plaintiff's notice of voluntary dismissal as a motion, and grants Plaintiff's motion to voluntarily dismiss this action.

　　　　IT IS THEREFORE ORDERED that Plaintiff's notice of voluntary dismissal (ECF No. 34) is GRANTED.

　　　　IT IS FURTHER ORDERED that this action is dismissed in its entirety with prejudice.

　　　　IT IS FUTHER ORDERED that the Clerk of Court will close this case.

　　　　IT IS SO ORDERED.

　　　　DATED this 21st day of November 2022.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE